UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH WAYNE RIDEAUX,

        Plaintiff,

vs.                      CASE NO. 06-CV-10793
                        HONORABLE BERNARD A. FRIEDMAN
                        CHIEF UNITED STATES DISTRICT JUDGE

MICHAEL BOUCHARD,

        Defendant,
_____/

**OPINION AND ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME TO CORRECT THE DEFICIENCY**

      Plaintiff is an inmate currently confined at the Oakland County Jail in Pontiac, Michigan.  On March 8, 2006, Magistrate Judge R. Steven Whalen signed an order of deficiency, which required plaintiff to provide a signed certification of his prison trust account from an authorized jail official and a current computerized trust fund account showing the history of the financial transactions in plaintiff's institutional trust fund account for the past six months.  Alternatively, the order allowed plaintiff to pay the two hundred and fifty ($ 250.00) dollar filing fee in full.  Plaintiff was given thirty days to comply with the order.  This order was mailed to plaintiff on March 13, 2006.

      On April 10, 2006, plaintiff signed a letter requesting an extension of time to obtain the documentation necessary to correct the deficiency.

      A district court may, in its discretion, grant an additional thirty days from the

1

date of the filing of the extension order to allow the prisoner to correct the deficiency. *See McGore v. Wrigglesworth,* 114 F. 3d 601, 605 (6th Cir. 1997). Accordingly, the Court grants plaintiff an additional thirty days from the filing of this order to file the necessary documentation to correct his deficiency. Failure to file the documentation within thirty days of this extension order will result in dismissal of the action.

                                                __s/Bernard A. Friedman_____
                                                **HON. BERNARD A. FRIEDMAN**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**

DATED: May 17, 2006